IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOCKEYTECH, INC., HOCKEYTECH USA, LLC, and FLOSPORTS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MARC RUSKIN, HOCKEY TECHNOLOGY PARTNERS, LLC, and XYIO LLC, <br><br>Defendants. | § § § § § § § § § § § § § | 1:23-CV-1495-DII |

## ORDER

On May 10, 2024, Plaintiffs HockeyTech, Inc., HockeyTech USA, LLC, and FloSports, Inc. ("Plaintiffs") and Defendants Marc Ruskin, Hockey Technology Partners, LLC, and XYIO, LLC ("Defendants") dismissed with prejudice all claims asserted by the parties in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 51). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on May 13, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1